FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0634

_____

IN THE MATTER OF

B.R.M. and B.F.M.,

    Youths in need of Care.

_____

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until June 6, 2022 to prepare, serve, and file his Opening Brief. No additional extensions will be granted for the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2022